**Motion granted; Continuing Abatement Order filed November 17, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00566-CV**

_____

**BASIC ENERGY SERVICES, INC. D/B/A BES HOLDING COMPANY, Appellant**

**V.**

**BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC., AND EOG RESOURCES, INC., Appellees**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2008-16444**

## CONTINUING ABATEMENT ORDER

On November 4, 2011, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until December 6, 2011. The appeal will be reinstated on this court's active docket

at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM